Shalem Shem-Tov, Esq. (SBN 257243)
NETZAH & SHEM-TOV, INC.
15303 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403
(818) 995-4200
shalem@netshemlaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWIN NOVEL, JUEWELRY BY NOVEL, AND NOVEL FINE JEWELRY

PLAINTIFF(S)

v.

LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity, DEPUTY MARTIN VILLA, et. al .

DEFENDANT(S).

CASE NUMBER

CV-19-01922-RGK

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

☒ State of California, County of Los Angeles
☐ State of _____, County of _____

I, Shalem Shem-Tov, hereby state under penalty of perjury that,

1. Judgment for $ 15,462.83 was entered on March 30, 2020 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of Cartier Incorporated and Richemont Nmth America, Inc. as Judgment Creditor, and against Edwin Novel, Jewelry by Novel, and Novel Fine Jewelry as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Central District of California are the following sums:
   $ 0.22 accrued interest, computed at 10 % *(See note.)*
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 14th date of April, 2021.

_[signature]_
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION